respondent Fiore as a candidate in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of Mayor of the City of Poughkeepsie, the appeal is from a judgment of the Supreme Court, Dutchess County, dated August 12, 1975, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of ANTHONY DE SIMONE et al., Appellants, v CHARLES A. MONAGHAN et al., Respondents.—In a proceeding to invalidate petitions designating respondents Monaghan et al. as candidates in the Democratic Party primary election to be held on September 9, 1975 for the party positions of delegate and alternate delegates, 51st Assembly District, to the judicial convention for the Second Judicial District, the appeal is from a judgment of the Supreme Court, Kings County, entered August 19, 1975, which denied the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of MELVIN M. GOLDSTEIN, Respondent, v JOSEPH A. McNAMARA et al., Constituting the Board of Elections in the County of Westchester, Respondents, and JAMES J. CARR, Appellant.—In a proceeding to validate petitions designating petitioner as a candidate in the Democratic Party primary election to be held on September 9, 1975 for nomination for the public office of city councilman from the fifth ward of the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 22, 1975, which granted the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of JOAN C. GROSS, Respondent, v JOSEPH A. McNAMARA et al., Constituting the Board of Elections in the County of Westchester, Respondents, and JAMES J. CARR, Appellant.—In a proceeding to validate petitions designating petitioner as a candidate in the Democratic Party primary election to be held on September 9, 1975 for nomination for the public office of City Councilman from the Fifth Ward of the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 22, 1975, which granted the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of CAROLYN R. HART et al., Appellants, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, and ANTHONY J. RUGGIERO et al., Respondents.—In a proceeding to invalidate petitions designating respondents Ruggiero and others as candidates in the Republican Party primary election to be held on September 9, 1975 for party positions of county committeemen in the 60th, 61st and 62nd Assembly Districts, Richmond County, the appeal is from stated portions of a judgment of the Supreme Court, Richmond County, dated August 18, 1975. Judgment affirmed insofar as appealed from, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of JOHN HAWKINS et al., Appellants-Respondents, v ALBERT T. HAYDUK et al., Respondents, and ALVIN JORDAN et al., Respondents-Appellants.—In a proceeding to invalidate petitions designating respondents-appellants as candidates in the Republican Party primary election to be held on September 9, 1975 for nomination for public offices as follows: Jordan for Town Supervisor, Patrick and Barth for Councilman, Blundell for Town Justice, Roberts for Town Clerk, and Green for Superintendent of Highways, these are cross appeals from a judgment of the